IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **THEODORE PHILLIP LEWEN,** | ) | No. 16 B 28640 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 30, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                       BY:/s/ Gina B. Krol
                                                           Ch 7 Bankruptcy Trustee

**Service List:**

World's Foremost Bank
Cabela's Club Visa
P.O. Box 82609
Lincoln, NE   68501-2609

U.S. Bank National Association
Bankruptcy Dept.
P.O. Box 108
St Louis, MO   63166-0108

Paul Millewich
jvalli1551@aol.com


Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov