# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § § | |
| LEWEN, THEODORE PHILLIP § § | Case No. 16-28640 |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 186,660.00 *(Without deducting any secured claims)* | Assets Exempt: 21,400.00 |
| Total Distributions to Claimants: 5,518.71 | Claims Discharged Without Payment: 8,203.57 |
| Total Expenses of Administration: 1,481.29 | |

3) Total gross receipts of $ 7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 200,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,481.29 | 1,481.29 | 1,481.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,913.06 | 13,722.28 | 13,722.28 | 5,518.71 |
| **TOTAL DISBURSEMENTS** | $ 216,913.06 | $ 15,203.57 | $ 15,203.57 | $ 7,000.00 |

4) This case was originally filed under chapter 7 on 09/07/2016 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/22/2017              By: /s/GINA B. KROL
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 CHEVROLET SILVERADO (WITH ENCLOSED TRAILER) | 1129-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wheaton Bank And Trust 100 N. Wheaton Avenue Wheaton, IL 60187 | | 200,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 200,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 1,450.00 | 1,450.00 | 1,450.00 |
| KROL, GINA B. | 2200-000 | NA | 1.94 | 1.94 | 1.94 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 8.95 | 8.95 | 8.95 |
| ASSOCIATED BANK | 2600-000 | NA | 20.40 | 20.40 | 20.40 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,481.29 | $ 1,481.29 | $ 1,481.29 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | U.S. BANK NATIONAL ASSOCIATION | 7100-900 | 14,244.16 | 11,129.00 | 11,129.00 | 4,475.77 |
| 000001 | WORLD'S FOREMOST BANK | 7100-900 | 2,668.90 | 2,593.28 | 2,593.28 | 1,042.94 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,913.06 | $ 13,722.28 | $ 13,722.28 | $ 5,518.71 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-28640 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | LEWEN, THEODORE PHILLIP | | | Date Filed (f) or Converted (c): | 09/07/16 (f) |
| | | | | 341(a) Meeting Date: | 10/11/16 |
| For Period Ending: | 05/22/17 | | | Claims Bar Date: | 02/08/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, 673 WINDEMERE LN.CAROL STREAM | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. 2006 CHEVROLET SILVERADO (WITH ENCLOSED TRAILER) | 12,000.00 | 0.00 | | 7,000.00 | FA |
| 3. COUCH, COFFEE TABLE, TV STAND, DESK, BED, DRESSER, | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. COFFEE TABLE BOOKS, DVD'S, SMALL ANIMAL MOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| 5. 12 GUAGE SHOTGUN, FISHING POLES - TACKLE BOX | 200.00 | 0.00 | | 0.00 | FA |
| 6. JEANS, T-SHIRTS, JACKETS, SHOES, BOOTS | 200.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 8. WHEATON BANK X-0901 | 60.00 | 0.00 | | 0.00 | FA |
| 9. WEST SUBURBAN X-7962 | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. VANGUARD FIDUCIARY TRUST COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 11. Aluminum Boat (u) | 200.00 | 0.00 | | 0.00 | FA |
| 12. ATV (u) | 500.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $217,660.00     $0.00     $7,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SUBMITTED TFR TO US TEE FOR REVIEW March 20, 2017, 12:22 pm

Initial Projected Date of Final Report (TFR): 07/31/17     Current Projected Date of Final Report (TFR): 07/31/17

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 20.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-28640 -JSB | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | LEWEN, THEODORE PHILLIP | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7962  Checking Account |
| Taxpayer ID No: | *******4392 | | |
| For Period Ending: | 05/22/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/16 | 2 | THEODORE LEWEN | | 1129-000 | 7,000.00 | | 7,000.00 |
| 02/03/17 | 030001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BOND #016073584 | 2300-000 | | 8.95 | 6,991.05 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.40 | 6,980.65 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,970.65 |
| 04/28/17 | 030002 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | | | 1,451.94 | 5,518.71 |
| | | | Fees       1,450.00 | 2100-000 | | | |
| | | | Expenses       1.94 | 2200-000 | | | |
| 04/28/17 | 030003 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000001, Payment 40.21702%<br>(1-1) 3513 | 7100-900 | | 1,042.94 | 4,475.77 |
| 04/28/17 | 030004 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St Louis, MO 63166-0108 | Claim 000002, Payment 40.21718% | 7100-900 | | 4,475.77 | 0.00 |

Page Subtotals        7,000.00         7,000.00

Ver: 20.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 16-28640 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LEWEN, THEODORE PHILLIP | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7962 Checking Account |
| Taxpayer ID No: | *******4392 | | |
| For Period Ending: | 05/22/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,000.00 | 7,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,000.00 | 7,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,000.00 | 7,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - ********7962 | | 7,000.00 | 7,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 7,000.00 | 7,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 20.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*